**OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**
Colin E. Barr – SBN 165226
cbarr@omlolaw.com
500 South Grand Avenue – 12th Floor
Los Angeles, CA 90071
Tel: (213) 744-0099
Fax: (213) 744-0093

Of Counsel,
Pro Hac Vice Admission to be filed

**CANTOR COLBURN LLP**
Nicholas A. Geiger, Esq.
CT Federal Bar No. 28060
20 Church Street, 22nd Floor
Hartford, Connecticut 06103
Telephone: (860) 286-2929
Facsimile: (860) 286-0115

Attorneys for Plaintiff,
SAINT-GOBAIN INNOVATIVE
MATERIALS BELGIUM SA;
SAINT-GOBAIN PERFORMANCE
PLASTICS CORPORATION;
SAINT-GOBAIN SOLAR GARD, LLC

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINT-GOBAIN INNOVATIVE MATERIALS BELGIUM SA; SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION; SAINT-GOBAIN SOLAR GARD, LLC<br><br>       Plaintiffs,<br><br>v.<br><br>MBKR INTERNATIONAL LLC<br><br>       Defendant. | Civil Action No. **'24CV2337 JO   DDL**<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**<br><br>**JURY TRIAL DEMANDED** |

1    **COMPLAINT**

Plaintiffs, Saint-Gobain Innovative Materials Belgium SA ("Saint-Gobain Belgium"), and Saint-Gobain Performance Plastics Corporation and Saint-Gobain Solar Gard, LLC (collectively "Saint-Gobain North America"), referred to herein collectively with Saint-Gobain Belgium and Saint-Gobain North America as "Saint-Gobain" or "Plaintiffs"), by their attorneys, brings this complaint for trademark infringement and demand for jury trial against Defendant MBKR International LLC (referred to herein as "MBKR" or "Defendant"), and alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for trademark infringement, false designation of origin, and unfair competition. Defendant MBKR has unfairly and unlawfully adopted and used a trademark confusingly similar to that of Plaintiffs, in connection with identical goods.

2.      Defendant's conduct has caused, and is continuing to cause, substantial harm to Plaintiffs.

3.      It is well established that the precise conduct engaged in by Defendant constitutes trademark infringement and unfair competition. Accordingly, Plaintiffs is entitled to relief under the Lanham Act and California law, including injunctive relief, compensatory damages, Defendant's unjust profits, treble damages, and attorneys' fees.

## THE PARTIES

4.      Plaintiff Saint-Gobain Innovative Materials Belgium SA is a corporation organized and existing under the laws of Belgium with its principal place of business at Avenue Einstein, 6 Wavre Belgium B-1300.

5.      Plaintiff Saint-Gobain Performance Plastics Corporation is a corporation organized and existing under the laws of California  with its principal place of business at 31500 Solon Road, Solon, OH 44139.

6.      Plaintiff Saint-Gobain Solar Gard LLC is a limited liability company organized and existing under the laws of Delaware with its principal place of business at 4540 Viewridge Ave, San Diego, California 92123.

7.     Plaintiff Saint-Gobain Solar Gard is a wholly-owned subsidiary of Plaintiff Saint-Gobain Performance Plastics Corporation.  Plaintiffs Saint-Gobain Solar Gard, Saint-Gobain Performance Plastics Corporation, and Saint-Gobain Innovative Materials Belgium SA are each indirect wholly-owned subsidiaries of Compagnie de Saint-Gobain, a corporation organized and existing under the laws of France.

8.     Upon information and belief, Defendant MBKR International LLC is a corporation organized and existing under the laws of California with its principal place of business at 320 S. Milliken Avenue, Suite E, Ontario, California 91761.

9.     Upon information and belief, Defendant MBKR offers for sale products in the United States that are regularly sold to customers in the State of California and this District.

## JURISDICTION AND VENUE

10.     This is an action for: Trademark Infringement, Unfair Competition and Trademark Dilution under the Lanham Act, 15 U.S.C. §§1051, et seq. and common law trademark infringement and unfair competition.

11.     This Court has jurisdiction over the claims made in this Complaint under the Lanham Act, 15 U.S.C. §1121, the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and under the Judicial Code of the United States, 28 U.S.C. §1331, §1332 and §1338. Jurisdiction is also provided under 28 U.S.C. §1367(a). This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1391 (b) and (c) because those claims are so related to their federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

12.     This Court has personal jurisdiction over Defendant MBKR because, upon information and belief, Defendant's acts within or directed toward the Southern District of California have caused injury to Plaintiff Solar Gard, a resident of this District.  In particular, Defendant has committed and continues to commit acts of trademark infringement and unfair competition causing harm in this District and elsewhere in

California by marketing and offering to sell products that infringe Plaintiffs' trademarks, entitling Plaintiffs to relief.

13.    In particular, upon information and belief, Defendant's contacts with this District in offering its tinting products, including the infringing products, gives rise to personal jurisdiction because it has sufficient minimum contacts with the forum such that exercise of specific jurisdiction does not offend traditional notions of fair play and substantial justice. Defendant has purposefully availed itself of the privilege of doing business in the forum and there is a nexus between such acts and the asserted claims. Defendant has committed and continues to commit acts of trademark infringement in the forum by selling products with the infringing marks in the forum.

14.    Upon information and belief, MBKR owns and controls the website <kepler-dealer.com> through its Kepler business unit. Specifically, this website lists window tinting services using MBKR's products, including the infringing products, throughout this District, including specifically in San Diego, Carlsbad, Encinitas, Poway, and Santee. *See* Copy of kepler-dealer.com website accessed on December 12, 2024, attached hereto as Exhibit A.

15.    Clicking on the link for San Diego, the kepler-dealer.com website states "Kepler has several places throughout California, so you can always locate a reliable dealer for your Tesla window tinting needs." This page lists a physical address as well, San Diego Corporate Center, San Diego, California, 92101. *See* Copy of kepler-dealer.com/california/san-diego/tesla-window-tinting/ website accessed on December 12, 2024, attached hereto as Exhibit B.

16.    This page also includes Google reviews of individuals purporting to be Kepler customers in San Diego, indicating a substantial presence in San Diego:

 **Benjamin Lee** ⭐⭐⭐⭐⭐

Having tinted windows on several of my Teslas, I can confidently say Kepler's ceramic window tinting in San Diego offers unmatched quality and precision. The team demonstrated professionalism and efficiency, ensuring every detail of the IR ceramic film application was perfect. The resulting ceramic tint is flawless, and the entire experience was smooth and hassle-free. For those seeking the finest ceramic window tinting service with IR film, Kepler is the ultimate destination. When it comes to ceramic window tinting with IR and IR+ films, Kepler has raised the bar for the entire industry.

 **Mia King** 

Kepler's competitive pricing for ceramic tinting caught my attention during my Tesla tinting search. The combination of affordability and quality in ceramic window tinting at Kepler was a pleasant surprise. Kepler delivered a pristine ceramic tint job with the added bonus of exceptional customer Teslae. For unparalleled ceramic tinting value in San Diego, Kepler should be your first consideration.

 **Dominic Martinez** 

After extensive research and consultations, I sought the highest-rated ceramic tinting service for my Model X. Kepler consistently emerged as the premier choice in San Diego, and I now understand the reasons behind their reputation. From the immaculate ceramic tint application to the exemplary service, every aspect of my experience was top-notch. When only the best will do for your ceramic tinting needs, Kepler is the name to remember.

 **Mia Young**     

I was overjoyed to learn that Kepler operates right here in San Diego, California! With a highly-regarded ceramic window tinting service nearby, opting for Kepler was effortless. From start to finish, Kepler's service was prompt and professional, with ceramic tint quality that exceeded my expectations. Choosing Kepler means supporting local talent while enjoying superior ceramic window tinting craftsmanship.

*See* Exhibit B.

17.     Venue is conferred in accordance with 28 U.S.C. §1391.  Upon information and belief Defendant has caused a substantial amount of the products infringing Saint-Gobain's trademarks to be advertised and/or promoted in this judicial district.  Additionally, Solar Gard manufactures its own products under the asserted trademarks in this judicial district and a substantial portion of the harm has been incurred in this judicial district.

### FACTUAL BACKGROUND
### Saint-Gobain and the Saint-Gobain Marks

18.     Saint-Gobain is a worldwide leader in light and sustainable construction, Saint-Gobain designs, manufactures, and distributes materials and services for the construction and industrial markets.

19.     Saint-Gobain sells tinted window films for architectural and automotive applications in the United States through its SOLAR GARD line of products, which leverage Saint-Gobain's years of cutting-edge research and advanced manufacturing techniques to increase durability and UV protection.

20.     Three such products are Saint-Gobain's VORTEXIR®, SOLSTICE®, and XENITHIR® automotive window film lines.

21.     In order to protect its investments in the research and development of these products, as well as its goodwill in the market, Saint-Gobain has invested in a global

portfolio of intellectual property, including trademarks throughout the world, covering its VORTEXIR®, SOLSTICE®, and XENITHIR® products.

22.     In the United States, Saint-Gobain owns and/or has certain exclusive rights in numerous U.S. federal trademark registrations covering its SOLAR GARD-branded products and services, including but not limited to Registration Nos. 6,091,944, 6,951,312, and 6,629,854 (collectively, the "Saint-Gobain Marks"). Saint-Gobain has been using the Saint-Gobain Marks in connection with its films and related products for several years.

23.     On June 30, 2020, the U.S. Patent and Trademark Office ("USPTO") duly and legally issued Federal Trademark Registration No. 6,091,944 ("the '944 registration") on the Principal Register for the "VortexIR" word mark in connection with "[t]inted plastic scratch resisting, solar resisting and heat resisting film for use on automobile windows" in Class 17. As noted on the registration, the first use of the VORTEXIR® Mark in commerce in this class was April 15, 2019. A true and correct copy of the '944 registration is attached hereto as Exhibit C.

24.     On January 10, 2023, the USPTO duly and legally issued Federal Trademark Registration No. 6,951,312 ("the '312 registration") on the Principal Register for the word "Solstice" word mark, again in connection with "[p]lastic films not for packaging, namely, laminated plastic film for auto application to glass and windows, and UV resistant plastic film for use in protecting fragile surfaces of automobiles, glass and windows" in Class 17. As noted on the registration, the first use of the SOLSTICE mark in commerce in this class was November 1, 2021. A true and correct copy of the '312 registration is attached hereto as Exhibit D.

25.     On January 25, 2022, the USPTO duly and legally issued Federal Trademark Registration No. 6,629,854 ("the '854 registration") on the Principal Register for the "XenithIR" word mark, again in connection with "[p]lastic films not for packaging, namely, laminated plastic film for auto application to glass and windows, and UV resistant plastic film for use in protecting fragile surfaces of automobiles, glass

and windows" in Class 17. As noted on the registration, the first use of the XENITHIR® mark in commerce in this class was June 30, 2020. A true and correct copy of the '854 registration is attached hereto as Exhibit E.

26.    At all relevant times, Saint-Gobain is, and has been, the sole and exclusive owner of all right, title, and interest in the Saint-Gobain Marks.

27.    Saint-Gobain has been selling automotive window films under the Saint-Gobain Marks since at least as early as 2019. During this time, the marked products have been, and continue to be, widely publicized through substantial advertising in the United States directed to consumers online, in print media, and through installer partners.

28.    As a result of its substantial advertising and promotional efforts, Saint-Gobain has enjoyed extensive sales of its automotive window films bearing the Saint-Gobain Marks, and the Saint-Gobain Marks have become well known among consumers as distinctive indicators of Saint-Gobain's goods.

29.    In the years that they have been used in the United States in connection with Saint-Gobain's goods and services, the Saint-Gobain Marks are distinctive and widely recognized by the public and have become famous, as that term is used in 15 U.S.C. § 1125(c)(1).

## Defendant MBKR Distributes Tinted Window Film Products in the United States

30.    Upon information and belief, Defendant MBKR began using the terms SOLSTICE, VORTEX, and ZENITH in connection with automotive and architectural window films on or about January 11, 2022, through its Keplercoatings ("Kepler") division.

31.    Upon information and belief, MBKR's Kepler division began to offer automotive window films under the ZENITH line on January 11, 2022, including a product called ZENITH IR+.

32.    Upon information and belief, MBKR's ZENITH IR+ automotive window film competes directly with Saint-Gobain's XENITHIR® automotive window film, and claims to offer similar features.

33.    Upon information and belief, also on or about January 11, 2022, MBKR's Kepler division began to offer architectural window film product lines named SOLSTICE and VORTEX.

34.    Saint-Gobain offers VORTEXIR® and SOLSTICE® products that are automotive window films rather than architectural.  However, Saint-Gobain does also offer architectural window films under the same SOLAR GARD brand with which it sells automotive window films.

### Saint-Gobain Provides Notice of Infringement

35.    On August 10, 2023, Saint-Gobain, through counsel, sent notice of infringement of the VORTEXIR®, SOLSTICE®, and XENITHIR® marks to Kepler. Saint-Gobain demanded an immediate cessation of all infringing activity, and written assurance that Kepler will not resume its infringement in the future.

36.    On February 21, 2024, Defendant provided purported evidence of what it claimed was prior use, although none of what Defendant provided showed that Defendant was using the infringing marks in commerce in the United States prior to the first use of the VORTEXIR, SOLSTICE, and XENITHIR marks by Plaintiffs.

37.    Upon information and belief, Defendant's actual earliest use in commerce of the infringing marks was January 11, 2022, well after the first use of the VORTEXIR, SOLSTICE, and XENITHIR marks by Plaintiffs.

38.    Plaintiffs sent a follow-up letter to Defendant on July 19, 2024, reiterating its claims of trademark infringement and requesting the immediate cessation of infringing activity.  Defendants have not responded to this letter.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT I
## TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114

39.     Saint-Gobain repeats and realleges Paragraphs 1-38 as though fully set forth herein.

40.     Defendant has used and is using Plaintiffs' Saint-Gobain Marks in connection with the advertising and selling of tinted window films in this District and in other states, in commerce, in such a manner as to create a likelihood of confusion, mistake, or deception among actual and prospective consumers, and such acts have damaged, impaired, and/or diluted that part of goodwill symbolized by Plaintiffs' Saint-Gobain Marks, and Plaintiffs have suffered immediate and irreparable harm and damage.

41.     Defendant's acts constitute trademark infringement under 15 U.S.C. § 1114.

42.     Upon information and belief, Defendant has acted intentionally, maliciously, willfully, and in bad faith.

43.     Defendant's acts have caused and, if allowed to continue, will continue to cause Saint-Gobain to suffer substantial irreparable harm for which Saint-Gobain has no adequate remedy at law.  Saint-Gobain is entitled to an award of damages and injunctive relief under 15 U.S.C. § 1116.

44.     Saint-Gobain has suffered actual damages and Defendant has been unjustly enriched.

45.     Defendant's actions have been extraordinary, willful, and in bad faith, entitling Saint-Gobain to treble damages, attorneys' fees and costs of suit under 15 U.S.C. §§ 1117(a) and (b), and to such other and further relief as the Court shall deem appropriate in the circumstances.

## COUNT II
## TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. § 1125(a)(1)(A)

46.     Plaintiffs repeat and reallege Paragraphs 1-45 as though fully set forth herein.

47.     Defendant's unauthorized use of the Saint-Gobain Marks on and in connection with its window film products constitutes use in interstate commerce that is likely to cause confusion, or to cause mistake, or to deceive consumers as to the affiliation, connection, or association Defendant's products, such that consumers may believe that Defendant's products are sponsored by, endorsed by, approved by, licensed by, authorized by, or affiliated or connected with Saint-Gobain.

48.     Defendant's acts constitute trademark infringement, false designation of origin, and unfair competition in violation of Lanham Act § 43(a)(1)(A), 15 U.S.C. § 1125(a)(1)(A).

49.     Upon information and belief, Defendant's acts have been committed intentionally, maliciously, and willfully for the purposes of deceiving buyers into purchasing Defendant's products, falsely believing that such products emanate from, or are affiliated with, Saint-Gobain, and with the specific intent to appropriate to Defendant and to employ for its own benefit the valuable goodwill and business reputation represented by the Saint-Gobain Marks.

50.     Defendant's acts have caused and, if allowed to continue, will continue to cause Saint-Gobain to suffer substantial irreparable harm for which Saint-Gobain has no adequate remedy at law.

51.     In addition, as a result of the foregoing, Saint-Gobain has suffered actual damages and Defendants have been unjustly enriched.

52.     Defendant's actions have been extraordinary, entitling Saint-Gobain to treble damages, attorney's fees and costs of suit, pursuant to 15 U.S.C. § 1117(a) and

(b), and to such other and further relief as the Court shall deem appropriate in the circumstances.

## COUNT III
## STATE UNFAIR COMPETITION (Cal. Business & Professions Code§ 17200, *et seq.*)

53.     Plaintiffs repeat and reallege Paragraphs 1-52 as though fully set forth herein.

54.     This is a claim for unfair competition, arising under California Business and Professions Code § 17200, *et seq*.

55.     By virtue of the acts complained of herein, Defendant has intentionally caused a likelihood of confusion among consumers and the public and has unfairly competed with Saint-Gobain in violation of the statutory laws of the State of California, particularly California Business and Professions Code § 17200, *et seq*.

56.     Defendant's acts complained of herein constitute trade dress infringement, trademark infringement, unfair competition, and unlawful, unfair, malicious or fraudulent business practices, which have injured and damaged Saint-Gobain.

57.     By reason of Defendant's wrongful acts as alleged in this Complaint, Saint-Gobain has been damaged and is entitled to monetary relief in an amount to be determined at trial.

58.     By its actions, Defendant has injured and violated the rights of Saint-Gobain and has irreparably injured Saint-Gobain, and such irreparable injury will continue unless Defendant is enjoined by this Court.

## COUNT IV
## CALIFORNIA COMMON LAW UNFAIR COMPETITION

59.     Plaintiffs repeat and reallege Paragraphs 1-58 as though fully set forth herein.

60.     This is a claim for unfair competition, arising under the common law of the State of California.

61. Defendant's acts complained of herein constitute trademark infringement and unfair competition under the common law of the State of California.

62. By virtue of the acts complained of herein, Defendant has willfully and intentionally caused a likelihood of confusion among the purchasing public in this judicial district and elsewhere, thereby unfairly competing with Saint-Gobain in violation of the common law of the State of California.

63. By its actions, Defendant has injured and violated the rights of Saint-Gobain and has irreparably injured Saint-Gobain, and such irreparable injury will continue unless Defendant is enjoined by this Court.

64. Defendant has engaged in its acts of unfair competition in violation of the common law of California with malice, oppression, and/or fraud. Accordingly, Saint-Gobain is entitled to an award of exemplary damages pursuant to Cal. Civ. Code Section § 3294(a).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully ask this Court to enter judgment in their favor and against Defendant and against Defendant's respective subsidiaries, successors, parents, affiliates, officers, directors, agents, servants and employees, and all persons in active concert or participation with Defendant, granting the following relief:

A. That Defendant and its subsidiaries, divisions, parent(s), related companies, officers, agents, servants, employees, warehousemen, warehousers, distributors, attorneys, successors and assignees, and all persons in active concert or participation with any of them, be temporarily, preliminarily, and permanently enjoined and restrained from:

a. Imitating, copying or making unauthorized use of the Saint-Gobain Marks, either standing alone or as part of any other name or mark;

b.  Using "VORTEXIR," "SOLSTICE," or "XENITHIR," or any reproduction, counterfeit, copy, colorable imitation thereof, or any words or marks confusingly similar, including "ZENITH IR," as a trademark, trade name, domain name or otherwise in connection with the advertising, display, sale, offering for sale or distribution of any products in any medium, in such a manner that is likely to cause confusion or mistake or to deceive customers or the public or give the impression that Defendant or its products or services originate with , are affiliated with, are sponsored by, approved by, or in any way connected with Saint-Gobain;

c.  Engaging in any activity constituting unfair competition with Saint-Gobain, or constituting an infringement of Saint-Gobain's trademarks;

d.  Passing off, inducing, or enabling others to sell or pass off any products that do not emanate from Saint-Gobain or that are not distributed under the control and supervision of Saint-Gobain and approved by Saint-Gobain for sale under the Saint-Gobain Marks, as products distributed by or with the approval of Saint-Gobain

e.  Further infringing the Saint-Gobain Marks and damaging Saint-Gobain's goodwill and business reputation.

B.  That Defendant be required to recall from all retailers, distributors and wholesalers, all products, packaging, and promotional and advertising material of any kind bearing the names "VORTEXIR," "SOLSTICE," or "XENITHIR," and/or any colorable imitation of the Saint-Gobain Marks.

1   C.   That Defendant be required to account for all inventors or merchandise

2        bearing the Saint-Gobain Marks and that they be required to destroy that

3        inventory or provide it to Saint-Gobain.

4   D.   That Defendant be required to supply Saint-Gobain with a complete list of

5        persons and entities from whom they purchased, and to whom they

6        distributed and/or sold, products bearing the Saint-Gobain Marks.

7   E.   That Defendant be required to make an accounting of all profits, gains, and

8        advantages that it has derived as a result of its unlawful conduct.

9   F.   That Defendant be required to pay Saint-Gobain, in accordance with 15

10       U.S.C. § 1117(a) and (b), Cal. Business & Professions Code§ 17200, *et*

11       *seq.*, and all other applicable laws, such damages as Saint-Gobain has

12       suffered as a consequence of Defendant's infringement of the Saint-Gobain

13       Marks and from the above-described acts of misrepresentation, unfair

14       competition, false designation, false advertising and unfair trade practices,

15       including the following:

16       a.   Three times all gains and profits derived by Defendant from the

17            above described acts of misrepresentation, trademark

18            infringement, unfair competition, false advertising, and unfair

19            trade practices, or, in the alternative, three times Saint-Gobain's

20            lost profits, whichever is greater; and

21       b.   All costs and attorneys' fees and costs incurred in this action

22            including an award of treble damages as applicable; and

23  G.   For such other relief to which Saint-Gobain is entitled under law, and any

24       other and further relief that this Court or a jury may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a trial by jury on all issues so triable.

Dated: December 13, 2024

**OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**

By: _____

Colin E. Barr
Attorneys for Defendant, Saint-Gobain Innovative Materials Belgium SA, Saint-Gobain Performance Plastics Corporation, and Saint-Gobain Solar Gard, LLC

**Exhibit "A"**

(/)

**I€** Dealer

# Find A Kepler Tinter



Tint Price
(/quick-quote)

# Unmatched Clarity



# Discover our huge range of quality window films

Explore Kepler's extensive range of window film products – designed to enhance privacy, improve energy efficiency, and elevate your space with cutting-edge technology and sleek, modern aesthetics.

# Pinnacle Performance

Experience the ultimate in solar control, visual clarity, and **stunning visuals**, transforming your space and elevating your everyday life.

Learn More
(/car-window-tinting)

Learn More
(/home-window-tinting)

Learn More
(/commercial-window-film)

Learn More
(/security-window-film)

# The Largest Network Of Local Window Tinting Professionals

Find your local window tinting professionals through Kepler Window Tinting. Our network ensures high-quality service and precise results for your privacy, heat reduction, and UV protection needs. Start transforming your windows with expert help today!

See Locations  ›
(/find-a-tinter)

# View Our Window Films

Discover the Kepler Experience—a unique and visually stunning presentation of our window films, designed to transform the way you view your options and make the perfect choice for your space.

Case 3:24-cv-02337-JO-DDL    Document 1    Filed 12/16/24    PageID.24    Page 24 of 67

# Automotive (/kepler-experience-automotive)

# Architectural (/kepler-experience-architectural)

**Harnessing groundbreaking advancements in window film technology, Kepler Window Films present a solution for virtually any window-related challenge you might encounter.** Experience comfort with our ceramic (/ceramic-window-tinting) heat control films that cool your space and cut energy costs. Enjoy clear views and UV protection without compromising on privacy. Kepler window films do more than enhance appearance—they revolutionize window performance.



# Why Kepler Window Tinting

Discover why Kepler Window Tinting is the industry leader: premium films, expert installation, and ironclad warranties.

Learn More
(/about-us)



# Car Window Tinting Laws

Unsure about the tint laws (https://window-tinting-laws.com) in your state? Get current regulations here to avoid fines and drive safely.

Learn More (/window-tint-laws)

Professional Window Tinting

# Visit one of our locations

Kepler's expansive network ensures you're always within reach of premier window tinting services, providing unmatched convenience and consistent quality.

**Alabama**      Alaska      Arizona      Arkansas      California

| | | | | |
|---|---|---|---|---|
| Colorado | Connecticut | Delaware | Florida | Georgia |
| Hawaii | Idaho | Illinois | Indiana | Iowa |
| Kansas | Kentucky | Louisiana | Maine | Maryland |
| Massachusetts | Michigan | Minnesota | Mississippi | Missouri |
| Montana | Nebraska | Nevada | New Hampshire | New Jersey |
| New Mexico | New York | North Carolina | North Dakota | Ohio |
| Oklahoma | Oregon | Pennsylvania | Rhode Island | South Carolina |
| South Dakota | Tennessee | Texas | Utah | Vermont |
| Virginia | Washington | West Virginia | Wisconsin | Wyoming |

# Our Alabama Kepler Window Tinting Locations

Alabaster (https://kepler-dealer.com/alabama/alabaster/)

Albertville (https://kepler-dealer.com/alabama/albertville/)

Anniston (https://kepler-dealer.com/alabama/anniston/)

Athens (https://kepler-dealer.com/alabama/athens/)

Auburn (https://kepler-dealer.com/alabama/auburn/)

Bessemer (https://kepler-dealer.com/alabama/bessemer/)

Birmingham (https://kepler-dealer.com/alabama/birmingham/)

Cullman (https://kepler-dealer.com/alabama/cullman/)

Daphne (https://kepler-dealer.com/alabama/daphne/)

Decatur (https://kepler-dealer.com/alabama/decatur/)

Dothan (https://kepler-dealer.com/alabama/dothan/)

Enterprise (https://kepler-dealer.com/alabama/enterprise/)

Fairhope (https://kepler-dealer.com/alabama/fairhope/)

Florence (https://kepler-dealer.com/alabama/florence/)

Foley (https://kepler-dealer.com/alabama/foley/)

Gadsden (https://kepler-dealer.com/alabama/gadsden/)

Helena (https://kepler-dealer.com/alabama/helena/)

Huntsville (https://kepler-dealer.com/alabama/huntsville/)

Madison (https://kepler-dealer.com/alabama/madison/)

Millbrook (https://kepler-dealer.com/alabama/millbrook/)

Mobile (https://kepler-dealer.com/alabama/mobile/)

Montgomery (https://kepler-dealer.com/alabama/montgomery/)

Northport (https://kepler-dealer.com/alabama/northport/)

Opelika (https://kepler-dealer.com/alabama/opelika/)

Oxford (https://kepler-dealer.com/alabama/oxford/)

Pelham (https://kepler-dealer.com/alabama/pelham/)

Phenix City (https://kepler-dealer.com/alabama/phenix-city/)

Prattville (https://kepler-dealer.com/alabama/prattville/)

Selma (https://kepler-dealer.com/alabama/selma/)

Talladega (https://kepler-dealer.com/alabama/talladega/)

Troy (https://kepler-dealer.com/alabama/troy/)

Trussville (https://kepler-dealer.com/alabama/trussville/)

Tuscaloosa (https://kepler-dealer.com/alabama/tuscaloosa/)

(htt      (htt      (https://keplercoatings.com)
ps:       ps:
//w       //w      Quality Window Film Your Can Trust
ww       ww
.fa       .ins
Follow Us
ce        ta
bo        gra
ok.       m.
co        co
m/        m/
ke        ke
ple       ple
Automotive
rco       rco
ati       ati
ng       ng      Car Window Tinting (/car-window-tinting/)
s)        s)

Ceramic Window Tinting (/ceramic-window-tinting/)

Tesla Window Tinting (/tesla-window-tinting/)

## Architectural

Home Window Tinting (/home-window-tinting/)

Commercial Window Tinting (/commercial-window-film/)

Safety & Security Film (/security-window-film/)

Anti-Graffiti Film (/anti-graffiti-film/)

## Quick Links

Become A Dealer (http://kepler-partner.com)

Kepler Experience (/kepler-experience/)

Kepler Blog (/blog/)

Tinting School (https://kepler-course.com)

website made by Kepler Agency   KE   (https://kepler-agency.com)

©2024 Kepler, Inc. All Rights Reserved.  All rights reserved. No liability is accepted for errors. Visual renderings are
for illustrative purposes only; actual appearance of windows treated with film may vary.

Terms & Conditions        Privacy policy

**Exhibit "B"**

 ⊤ San Diego (/california/san-diego)
(/california/san-diego)

Tint Price
(/california/san-diego/quick-
quote)

 ⊤ Automotive

# (IR) Tesla Window Tinting San Diego, CA

⊤ San Diego (/california/san-diego)

Tint Price
(/california/san-diego/quick-quote)

# San Diego's Tesla Window Tinting Professionals

Start on your everyday drives or weekend adventures in comfort with our ceramic window tinting for Tesla vehicles.

  



Expert Tesla Window Tinting San Diego | 24 BEST Tints | $29

Ṭ San Diego (/california/san-diego)

Tint Price (/california/san-diego/quick-quote)

# Discover our Tesla window tinting San Diego options

With groundbreaking technology, Kepler is transforming the automotive window film industry, setting new standards and redefining limits. In San Diego, we have positioned ourselves as frontrunners in innovative Tesla window tinting, much like Tesla itself.



🔻 San Diego (/california/san-diego)

Tint Price (/california/san-diego/quick-quote)

# The chosen company for San Diego Tesla pre-delivery window tinting

San Diego Tesla enthusiasts consistently choose Kepler for their window tinting needs. Many Teslas are fitted with our window tint right off the production line. The immense popularity of our cutting-edge tinting solutions has established our global industry standing.



⏚ San Diego (/california/san-diego)

Tint Price (/california/san-diego/quick-quote)

# Enhance your charging efficiency...

Tesla's iconic glass features, while striking, can result in increased cabin temperatures. Kepler's sophisticated tinting solutions optimally reduce heat transfer, counteracting this common Tesla challenge. These tints minimize AC system stress, supporting your Tesla's energy efficiency and range and ensuring optimal performance in bright sunlight.



**San Diego (/california/san-diego)**

Tint Price (/california/san-diego/quick-quote)



# Save up to 1 kWh per hour for air-con

12/12/24, 3:32 PM                    Expert Tesla Window Tinting San Diego | #1 BEST Tint Prices

⊤ San Diego (/california/san-diego)

Tint Price
(/california/san-diego/quick-quote)

Charge less with energy savings

# (New) 2024 Tesla Window Tinting Technology

San Diego Tesla owners can now enjoy superior heat rejection with our advanced window films, offering stylish, lighter options that can even beat the heat-blocking performance of traditional dark films.

## New Breakthrough Innovations

San Diego Tesla window tinting from Kepler utilizes state-of-the-art nanoparticle engineering. It offers comprehensive protection against the full range of infrared heat.

40

Ͳ San Diego (/california/san-diego)

Tint Price
(/california/san-diego/quick-
quote)

## Multi-Layer Technology

Exceeding conventional 1-2 layer tints, Kepler's innovative six-
layer composition offers exceptional outcomes. by incorporating
progressive technological solutions within each layer.



**1.** Glass  **2.** Ultra Bond Adhesive  **3.** UV Absorber  **4.** Tinted Film  **5.** Laminating Adhesive
**6.** Nano-Ceramic (IR) Layer  **7.** Scratch Resistant Coating

# Revolutionizing Tesla window tinting in San Diego with industry leading specs



Up to                                                    Up to

**98%**

⊤ San Diego (/california/san-diego)
IR Heat Reduction

**99%**

UV Protection

Tint Price (/california/san-diego/quick-quote)

Up to

**96%**

Glare Reduction

**Lifetime Warranty**

# Photon 72%

Photon, our transparent Tesla window film, provides superior heat rejection while preserving your Tesla's original look. It features sophisticated technology while keeping your Tesla's look untouched.

**View 360 Tesla Experience (/kepler-experience-tesla/)**

**☰San Diego (/california/san-diego)**

<div style="border">

Tint Price
(/california/san-diego/quick-
quote)

</div>

# Nebula 04%

Discover unmatched privacy and style with Nebula, our richest
window film for superior elegance and protection.

### View 360 Tesla Experience (/kepler-experience-tesla/)

# Helios 20%

Improve your Tesla's appearance with Helios' sophisticated, factory-
inspired finish. Enjoy the perfect balance of elegance and advanced
features with our Helios film.

### View 360 Tesla Experience (/kepler-experience-tesla/)

☰ San Diego (/california/san-diego)

Tint Price (/california/san-diego/quick-quote)

# Equinox 33%

Enjoy a discreet enhancement to your Tesla's look with Equinox tinting. This brings sophistication while preserving its original charm.

**View 360 Tesla Experience (/kepler-experience-tesla/)**

# Zenith 50%

Maintain your car's authentic appearance with our minimalist window film, perfect for Tesla owners who prefer a modest enhancement.

**View 360 Tesla Experience (/kepler-experience-tesla/)**

Tint Price
(/california/san-diego/quick-
quote)

🪐 San Diego (/california/san-diego)

# Choose your Tesla window tint shade above

Kepler's cutting-edge Tesla window tinting San Diego solution is expertly crafted, showcasing outstanding expertise and a firm commitment to customer satisfaction.

# What's the next step?

Requesting a quote for Tesla window tinting in San Diego is easier than ever with our online pricing tool.

## San Diego Tesla Window Tinting Prices

**Get Your Online Price  ⟩
(/california/san-diego/quick-quote)**

T ᴇ S ʟ ᴀ  (https://tesla.com)

NASA  (https://www.nasa.gov)



T San Diego (/california/san-diego)

Tint Price
(/california/san-diego/quick-
quote)

Other Kepler Dealers

# California Tesla Window Tinting Locations

View Locations
(/california/find-a-tinter)





# San Diego Tesla Window Tinting Laws

View Local Tint Laws  ❯
(/california/window-tint-laws)

San Diego (/california/san-diego)

Tint Price
(/california/san-diego/quick-quote)

# San Diego Car Window Tinting

Car Window Tinting  ❯
(/california/san-diego/car-window-tinting)

Ceramic Tinting  ❯
(/california/san-diego/ceramic-window-tinting)

# San Diego Architectural Window Tinting

⊤ San Diego (/california/san-diego)

Get Price
(/california/san-diego/quick-quote)

Home Window Tinting ❯
(/california/san-diego/home-window-tinting)

Security & Safety ❯
(/california/san-diego/security-window-film)

Commercial Tinting ❯
(/california/san-diego/commercial-window-tinting)

## Why Pick Kepler For Local Tesla Window Tinting San Diego California Services

+ Top Tesla Window Film in San Diego

+ Why Tesla Owners Select Our Window Tint in San Diego

+ Try the New Tesla Window Film Viewer in San Diego

+ Convenience: Tesla Window Tinting in San Diego

+   Tesla Window Tinting Shops Across the USA



🔻 San Diego (/california/san-diego)

Tint Price (/california/san-diego/quick-quote)

+   Lifetime Warranty for Tesla Window Films in San Diego



# The Best Reviewed Window Tint Company for Tesla's In San Diego

 **Benjamin Lee** 

Having tinted windows on several of my Teslas, I can confidently say Kepler's ceramic window tinting in San Diego offers unmatched quality and precision. The team demonstrated professionalism and efficiency, ensuring every detail of the IR ceramic film application was perfect. The resulting ceramic tint is flawless, and the entire experience was smooth and hassle-free. For those seeking the finest ceramic window tinting service with IR film, Kepler is the ultimate destination. When it comes to ceramic window tinting with IR and IR+ films, Kepler has raised the bar for the entire industry.

 **Mia King** 

Kepler's competitive pricing for ceramic tinting caught my attention during my Tesla tinting search. The combination of affordability and quality in ceramic window tinting at Kepler was a pleasant surprise. Kepler delivered a pristine ceramic tint job with the added bonus of exceptional customer Teslae. For unparalleled ceramic tinting value in San Diego, Kepler should be your first consideration.

 **Dominic Martinez** 

After extensive research and consultations, I sought the highest-rated ceramic tinting service for my Model X. Kepler consistently emerged as the premier choice in San Diego, and I now understand the reason behind its stellar reputation. From the immaculate ceramic tint application to the exemplary service, every aspect of my experience was top-notch. When only the best will do for your ceramic tinting needs, Kepler is the name to remember.

 **Mia Young**    ★★★★★

I was overjoyed to learn that Kepler operates right here in San Diego, California! With a highly-regarded ceramic window tinting service nearby, opting for Kepler was effortless. From start to finish, Kepler's service was prompt and professional, with ceramic tint quality that exceeded my expectations. Choosing Kepler means supporting local talent while enjoying superior ceramic window tinting craftsmanship.

# Kepler, Tesla Window Tinting San Diego

Kepler has several places throughout California, so you can always locate a reliable dealer for your Tesla window tinting needs.


## (tel:(888)%20901%207329)

**(888) 901-7329 (tel:(888)%20901%207329)**

San Diego Corporate Center, San Diego, California, 92101

(https://www.facebook.com/keplercoatings) (https://www.instagra

Visit the San Diego media pages listed above

San Diego (/california/san-diego)

Tint Price (/california/san-diego/quick-quote)

Nationwide Locations (/california)

# Visit one of our window tint locations near you

**Alabama**        Alaska        Arizona        Arkansas        California

Colorado        Connecticut        Delaware        Florida        Georgia

Hawaii        Idaho        Illinois        Indiana        Iowa

| Kansas | Kentucky | Louisiana | Maine | Maryland |
| Massachusetts | Michigan | Minnesota | Mississippi | Missouri |
| Montana | Nebraska | Nevada | New Hampshire | New Jersey |
| New Mexico | New York | North Carolina | North Dakota | Ohio |
| Oklahoma | Oregon | Pennsylvania | Rhode Island | South Carolina |
| South Dakota | Tennessee | Texas | Utah | Vermont |
| Virginia | Washington | West Virginia | Wisconsin | Wyoming |

⚟ San Diego (/california/san-diego)

Tint Price (/california/san-diego/quick-quote)

# Our Alabama Kepler Window Tinting Locations

Alabaster (https://kepler-dealer.com/alabama/alabaster/)

Albertville (https://kepler-dealer.com/alabama/albertville/)

Anniston (https://kepler-dealer.com/alabama/anniston/)

Athens (https://kepler-dealer.com/alabama/athens/)

Auburn (https://kepler-dealer.com/alabama/auburn/)

Bessemer (https://kepler-dealer.com/alabama/bessemer/)

Birmingham (https://kepler-dealer.com/alabama/birmingham/)

Cullman (https://kepler-dealer.com/alabama/cullman/)

⊤ San Diego (/california/san-diego)

Daphne (https://kepler-dealer.com/alabama/daphne/)

Decatur (https://kepler-dealer.com/alabama/decatur/)

Tint Price (/california/san-diego/quick-quote/)

Dothan (https://kepler-dealer.com/alabama/dothan/)

Enterprise (https://kepler-dealer.com/alabama/enterprise/)

Fairhope (https://kepler-dealer.com/alabama/fairhope/)

Florence (https://kepler-dealer.com/alabama/florence/)

Foley (https://kepler-dealer.com/alabama/foley/)

Gadsden (https://kepler-dealer.com/alabama/gadsden/)

Helena (https://kepler-dealer.com/alabama/helena/)

Huntsville (https://kepler-dealer.com/alabama/huntsville/)

Madison (https://kepler-dealer.com/alabama/madison/)

Millbrook (https://kepler-dealer.com/alabama/millbrook/)

Mobile (https://kepler-dealer.com/alabama/mobile/)

Montgomery (https://kepler-dealer.com/alabama/montgomery/)

Northport (https://kepler-dealer.com/alabama/northport/)

Opelika (https://kepler-dealer.com/alabama/opelika/)

Oxford (https://kepler-dealer.com/alabama/oxford/)

Pelham (https://kepler-dealer.com/alabama/pelham/)

Phenix City (https://kepler-dealer.com/alabama/phenix-city/)

📶 San Diego (/california/san-diego)

Prattville (https://kepler-dealer.com/alabama/prattville/)

Selma (https://kepler-dealer.com/alabama/selma/)

Talladega (https://kepler-dealer.com/alabama/talladega/)

Troy (https://kepler-dealer.com/alabama/troy/)

Trussville (https://kepler-dealer.com/alabama/trussville/)

Tuscaloosa (https://kepler-dealer.com/alabama/tuscaloosa/)

Tint Price
(/california/san-diego/quick-quote/)

---

# Got queries about Tesla window tinting in San Diego? We have got the responses.

| What Are the Legal Window Tinting Laws for Tesla in San Diego | ? |

| How Can I Preserve My Tesla Window Tint in San Diego | ? |

| What Makes Our Tesla Window Tinting in San Diego Exceptional | ? |

| How Much Does Tesla Window Tinting Price in San Diego | ? |

| Why Are Teslas Regarded as Complex to Tint | ? |

| How Can I Check the Effectiveness of My Installed Tesla Tint | ? |

## How Does Kepler Tesla Window Tint in San Diego Manage Heat ? Tesla Window Tinting San Diego (/california/san-diego)

Tint Price (/california/san-diego/quick-quote) ?

## Why Opt for Kepler in San Diego for Tesla Window Tinting Instead of Alternatives ?

## How Can I Locate a Kepler Authorized Retailer for Tesla Tinting in San Diego ?

## Can You Tint a Tesla Windshield ?

Take a look at our other window tinting San Diego (/california/san-diego) services.

# Other Kepler locations for Tesla Window Tinting near San Diego

Chula Vista (https://kepler-dealer.com/california/chula-vista/)

Coronado (https://kepler-dealer.com/california/coronado/)

El Cajon (https://kepler-dealer.com/california/el-cajon/)

Encinitas (https://kepler-dealer.com/california/encinitas/)

Imperial Beach (https://kepler-dealer.com/california/imperial-beach/)

La Jolla (https://kepler-dealer.com/california/la-jolla/)

La Mesa (https://kepler-dealer.com/california/la-mesa/)

Lakeside (https://kepler-dealer.com/california/lakeside/)

Lemon Grove (https://kepler-dealer.com/california/lemon-grove/)

National City (https://kepler-dealer.com/california/national-city/)

Poway (https://kepler-dealer.com/california/poway/)

San Diego (https://kepler-dealer.com/california/san-diego/)

San Diego (/california/san-diego)

San Diego (https://kepler-dealer.com/california/san-diego/)

Tint Price (https://kepler-dealer.com/california/san-diego/quick-quote)

Spring Valley (https://kepler-dealer.com/california/spring-valley/)

(https://keplercoatings.com)

Quality Window Film Your Can Trust

## Follow Us

(https://www.facebook.com/keplercoatings)

(https://www.instagram.com/keplercoatings)

## Automotive

Car Window Tinting (/car-window-tinting/)

Ceramic Window Tinting (/ceramic-window-tinting/)

Tesla Window Tinting (/tesla-window-tinting/)

## Architectural

Home Window Tinting (/home-window-tinting/)

**Tint Price (/california/san-diego)**

**San Diego (/california/san-diego)**

Commercial Window Tinting (/commercial-window-film/)

Become A Dealer (http://kepler-partner.com)

Safety & Security Film (/security-window-film/)

Kepler Experience (/kepler-experience/)

Anti-Graffiti Film (/anti-graffiti-film/)

Kepler Blog (/blog/)

Tinting School (https://kepler-course.com)

website made by Kepler Agency    **(https://kepler-agency.com)**

©2024 Kepler, Inc. All Rights Reserved.  All rights reserved. No liability is accepted for errors. Visual renderings are for illustrative purposes only; actual appearance of windows treated with film may vary.

Terms & Conditions        Privacy policy

**Exhibit "C"**



# United States of America

## United States Patent and Trademark Office

# VORTEXIR

**Reg. No. 6,091,944**

**Registered Jun. 30, 2020**

**Int. Cl.: 17**

**Trademark**

**Principal Register**

Saint-Gobain Innovative Materials Belgium SA  (BELGIUM société anonyme (sa) )
Avenue Einstein, 6
Wavre, BELGIUM B-1300

CLASS 17: Tinted plastic scratch resisting, solar resisting and heat resisting film for use on automobile windows

FIRST USE 4-15-2019; IN COMMERCE 4-15-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-301,670, FILED 02-14-2019



Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Exhibit "D"**



# United States of America

## United States Patent and Trademark Office

# SOLSTICE

**Reg. No. 6,951,312**

**Registered Jan. 10, 2023**

**Int. Cl.: 17**

**Trademark**

**Principal Register**

Saint-Gobain Innovative Materials Belgium SA  (BELGIUM société anonyme (sa) )
Avenue Einstein, 6
Wavre, BELGIUM B-1300

CLASS 17: Plastic films not for packaging, namely, laminated plastic film for auto application to glass and windows, and UV resistant plastic film for use in protecting fragile surfaces of automobiles, glass and windows

FIRST USE 11-1-2021; IN COMMERCE 11-1-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-832,798, FILED 07-16-2021



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System (TEAS) Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.

**Exhibit "E"**



# United States of America
## United States Patent and Trademark Office

# XenithIR

**Reg. No. 6,629,854**

**Registered Jan. 25, 2022**

**Int. Cl.: 17**

**Trademark**

**Principal Register**

Saint-Gobain Innovative Materials Belgium SA  (BELGIUM société anonyme (sa) )
Avenue Einstein, 6
Wavre, BELGIUM B-1300

CLASS 17: Plastic films not for packaging, namely, laminated plastic film for auto application to glass and windows, and UV resistant plastic film for use in protecting fragile surfaces of automobiles, glass and windows

FIRST USE 6-30-2020; IN COMMERCE 6-30-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-907,219, FILED 05-14-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.